IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR406 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COSSI T. DEGUENON and | ) | |
| SHANTORIA VALENTINE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for immediate disclosure of favorable evidence by defendant Cossi T. Deguenon (Deguenon) (Filing No. 30). Deguenon seeks materials from the government covered under **Brady v. Maryland**, 373 U.S. 83 (1963) and **Giglio v. United States**, 405 U.S. 150 (1976). The motion does not comply with paragraph 3 of the Progression Order (Filing No. 22) which provides in Paragraph 3, in part:

. . . . . [T]he United States Attorney shall disclose **Brady v. Maryland** (and its progeny) material as soon as practicable. Should the Defendant nonetheless file a motion for such disclosure, such motion shall state with specificity the material sought. In the event that any motions are filed seeking bills of particulars or discovery of facts, documents, or evidence, as part of the motion **the moving party shall** recite that counsel for the movant has conferred with opposing counsel regarding the subject of the motion in an attempt to reach agreement on the contested matters without the involvement of the court and that such attempts have been unsuccessful. The motion shall further state the dates and times of such conferences.

The motion does not contain the movant's assertion that he conferred with opposing counsel and attempted to reach an agreement on the matter including the dates and times of such conferences.

Accordingly, the motion (Filing No. 30) is denied, without prejudice.

**IT IS SO ORDERED.**

DATED this 2nd day of December, 2013.

                                                                                           BY THE COURT:

                                                                                           s/ Thomas D. Thalken
                                                                                          United States Magistrate Judge